UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| ERZSEBET MACNAB, Plaintiff, v. FORTIS, INC., Defendant. | Case No. 01-1810 MJD/JDL |

## STIPULATION AND CONSENT ORDER

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the time for Defendant Fortis Inc. to move against, answer or otherwise respond to the Complaint asserted herein by Erzsebet Macnab, pro se, is hereby extended from November 5, 2001 to and including November 26, 2001.

Respectfully submitted,

ERZSEBET MACNAB
PRO SE

By: ______________________
Erzsebet Macnab
3636 16th Street, N.W.
Apt. A-706
Washington, D.C. 20010
(202) 588-7272
Pro Se

ABDO & ABDO

By: [signature]
Keith Broady Bar # 126972
710 Northstar West
625 Marquette Avenue
Minneapolis, Minnesota
(612) 333-1526
Attorney for Defendant Fortis, Inc.

It is SO ORDERED this 6 day of Nov, 2001

[signature]
JONATHAN LEBEDOFF
United States Magistrate Judge



NOV 19 2001
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________