#25374

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1810 MJD/JDL Case Title: Erzsebet Macnab v. Fortis, Inc.

### Affidavit of Movant

I, Keith J. Broady ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Geoffrey J. Greeves , an attorney admitted to practice in the ______ District of Washington, D.C. ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Fortis, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 120972 November 26, 2001
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Geoffrey J. Greeves , am currently a member in good standing of the U.S. District Court for ______ District of Washington D.C. , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Geoffrey J. Greeves [signature] November 10 ,2001
Type/Print Name Signature Date

Attorney License Number: DC Bar #463035
Law Firm Name & Address: GREENBERG TRAURIG, LLP
800 Connecticut Avenue, N.W. Suite 500
Washington, D.C. 20006
Telephone: (202) 331-3100

Motion Granted: [signature] /ly NOV 27 2001
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED NOV 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______