UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Erzsebet MacNab,

Plaintiff,

v.

ORDER
Civil No. 01-1810 (MJD/JGL)

Fortis, Inc.,

Defendant.

---

This matter is currently scheduled for hearing on March 8, 2002, at which time the Court will hear argument concerning Defendant's motion to dismiss. The Court had previously allowed Plaintiff to appear by telephone.

Before the Court is Plaintiff's motion for a continuance of the above noted hearing.

IT IS HEREBY ORDERED that Plaintiff's Motion for a Continuance is DENIED. Plaintiff is also directed to comply with the Local Rule 7.1(b), which provides that nine (9) days before the hearing, Plaintiff must file and serve the following documents: Memorandum of Law and Affidavits and Exhibits. Prior to the hearing, Plaintiff is also ordered to notify the Court of the phone number that will be used to conduct the telephonic hearing.

Date: 2/22/02

Michael J. Davis

Michael J. Davis
United States District Court

FILED FEB 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______