UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Erzsebet MacNab,

Plaintiff,

v.

ORDER
Civil No. 01-1810 (MJD/JGL)

Fortis, Inc.,

Defendant.

---

This matter was previously scheduled for hearing before the Court on Defendant's motion to dismiss. The Court had previously allowed Plaintiff to appear by telephone. Plaintiff had previously moved for a continuance, which motion was denied. Plaintiff has now moved for reconsideration. Based on the above, and the record, file and proceedings herein, the Court hereby notifies the parties that Defendant's motion to dismiss will be considered on the papers. Oral argument is canceled.

Date: 3-12-02

Michael J. Davis
United States District Court

FILED MAR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK